UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

A.C. STEELMAN, FRAN
MCDERMOTT, TRUSTEES OF
THE SACRAMENTO AREA
ELECTRICAL WORKERS' PENSION
TRUST FUND, as successor to
and as TRUSTEES on behalf
of SACRAMENTO VALLEY
ELECTRICAL WORKERS' PENSION
TRUST,

        Plaintiff,

                      NO. CIV. S-06-2746 LKK/GGH

    v.

PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
PRUDENTIAL FINANCIAL, INC.,        O R D E R

        Defendants.
                                  /

      The court is in receipt of the joint stipulation regarding proposed motion hearing dates and a continuance of the initial scheduling conference. The parties represent to the court that defendant is planning on filing a motion to dismiss and therefore, a scheduling conference may not be needed. The court will continue the scheduling conference and the parties are free to agree amongst themselves as to when certain motions shall be filed. At the

status conference, the court will set deadlines for dispositive motions, discovery, pretrial and trial.  Accordingly, the court orders as follows:

    1.    The status conference currently set for April 30, 2007 is hereby CONTINUED to June 18, 2007 at 10:00 a.m. in Courtroom 4.

IT IS SO ORDERED.

DATED: April 25, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2