1  Robert K. Renner (155283), rrenner@barwol.com
   Scott E. Calvert (210787), scalvert@barwol.com
2  BARGER & WOLEN LLP
   19800 MacArthur Boulevard, 8th Floor
3  Irvine, California  92612
   Telephone:  (949) 757-2800
4  Facsimile:  (949) 752-6313

5  Attorneys for Defendants
   The Prudential Insurance Company of America
6  and Prudential Financial, Inc.

7

8                   UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  A.C. STEELMAN, FRAN                )  CASE NO.: 2:06-CV-02746-LKK-GGH
    MCDERMOTT, TRUSTEES OF THE         )
12  SACRAMENTO AREA ELECTRICAL         )  **STIPULATION OF COUNSEL**
    WORKERS PENSION TRUST FUND,        )  **REGARDING NEAR-TERM**
13  as successor to and on behalf of   )  **DEADLINES FOR PLAINTIFFS'**
    SACRAMENTO VALLEY                  )  **THIRD AMENDED COMPLAINT**
14  ELECTRICAL WORKERS' PENSION        )  **AND DEFENDANTS' RESPONSIVE**
    TRUST,                             )  **PLEADING (INCLUDING**
15                                     )  **BRIEFING SCHEDULE FOR**
              Plaintiffs,              )  **ANTICIPATED MOTION TO**
16                                     )  **DISMISS); ORDER THEREON**
         vs.                           )
17                                     )
    PRUDENTIAL INSURANCE               )
18  COMPANY OF AMERICA,                )
    PRUDENTIAL FINANCIAL, INC.,        )
19                                     )  First Amended Complaint:     12/18/06
              Defendants.              )  Second Amended Complaint:  4/5/07
20  _____)

21

22

23

24

25

26

27

28

g:\docs\kar\dkar1\civjur\16 stip setting case management dates.doc

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

STIPULATION OF COUNSEL REGARDING NEAR-TERM DEADLINES;
[PROPOSED] ORDER THEREON

TO THE HONORABLE LAWRENCE K. KARLTON AND HIS COURT CLERK:

On July 5, 2007, this Court issued an Order granting Defendants The Prudential Insurance Company of America and Prudential Financial, Inc.'s ("Defendants") motion to dismiss the Second Amended Complaint of Plaintiffs A.C. Steelman, Fran McDermott, Trustees of the Sacramento Area Electrical Workers Pension Trust Fund, as successor and on behalf of Sacramento Valley Electrical Workers' Pension Trust ("Plaintiffs") and providing Plaintiffs thirty (30) days to file a Third Amended Complaint ("TAC") (*i.e.*, no later than August 6, 2007).  Counsel for the parties have discussed the issues likely to be raised in the TAC, and counsel for Defendants have preliminarily determined that their responsive pleading will likely be another motion to dismiss.  However, because of the current calendars of the counsel (including, but not limited to, court appearances and previously scheduled international vacations), the parties have agreed to the following timetable:

The parties would like to schedule the hearing for the motion to dismiss on October 22, 2007 at 10:00 a.m.  Given this hearing date, Defendants would file their moving papers no later than September 10, 2007, with Plaintiffs' opposition due September 28th and Defendants' reply due October 15th.

Accordingly, the parties hereby stipulate and respectfully request that the near-term deadlines be set as follows:

| | |
|---|---|
| Last day to file Third Amended Complaint | August 6, 2007 |
| Last day to file motion to dismiss: | September 10, 2007 |
| Last day to file opposition: | September 28, 2007 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

STIPULATION OF COUNSEL REGARDING NEAR-TERM DEADLINES;
[PROPOSED] ORDER THEREON

1    Last day to file reply:                    October 15, 2007

2    Hearing on motion to dismiss:              October 22, 2007

3

4        Good cause exists for this Stipulation because of scheduling conflicts involving

5    other cases, as well as previously scheduled vacations of counsel for the parties, and

6    because this proposed schedule will allow counsel ample time to analyze and brief

7    the relevant issues.

8

9    DATED:  August 3, 2007                LIPTON AND HALLBAUER, APLC

10

11                                         By: /S/ Mark H. Lipton
12                                             MARK H. LIPTON
                                             Attorneys for Plaintiffs
13                                           A.C. Steelman, Fran McDermott,
                                             Trustees of the Sacramento Area
                                             Electrical Workers Pension Trust
14                                           Fund, as successor and on behalf of
                                             Sacramento Valley Electrical
15                                           Workers' Pension Trust

16   DATED:  August 3, 2007                BARGER & WOLEN LLP

17

18                                         By: /S/ Robert K. Renner
19                                             ROBERT K. RENNER
                                             SCOTT E. CALVERT
                                             Attorneys for Defendants
20                                           The Prudential Insurance Company
                                             of America and Prudential
21                                           Financial, Inc.

22

23

24

25

26

27

28

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

STIPULATION OF COUNSEL REGARDING NEAR-TERM DEADLINES;
[PROPOSED] ORDER THEREON

# ORDER

The Stipulation of Plaintiffs A.C. Steelman, Fran McDermott, Trustees of the Sacramento Area Electrical Workers Pension Trust Fund, as successor and on behalf of Sacramento Valley Electrical Workers' Pension Trust and Defendants The Prudential Insurance Company of America and Prudential Financial, Inc. ("Defendants") to briefly extend Defendants' responsive-pleading deadline, to establish a briefing schedule and hearing date for Defendants' motion was considered by the Honorable Lawrence K. Karlton.  After considering the Stipulation, and for good cause appearing, the following deadlines are set:

| | |
|---|---|
| Last day to file Third Amended Complaint | August 6, 2007 |
| Last day to file motion to dismiss: | September 10, 2007 |
| Last day to file opposition: | September 28, 2007 |
| Last day to file reply: | October 15, 2007 |
| Hearing on motion to dismiss: | October 22, 2007, 10:00 a.m. |

**IT IS SO ORDERED.**

DATED:  August 6, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

STIPULATION OF COUNSEL REGARDING NEAR-TERM DEADLINES;
[PROPOSED] ORDER THEREON