Robert K. Renner (155283), rrenner@barwol.com
Scott E. Calvert (210787), scalvert@barwol.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California  92612
Telephone:  (949) 757-2800
Facsimile:  (949) 752-6313

Attorneys for Defendants
The Prudential Insurance Company of America
and Prudential Financial, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C. STEELMAN, FRAN MCDERMOTT, JACK BAKER, KEVIN GINI, GREG BAIN, WINFRED BUNCH, STEPHEN STINSON, JEFF STORY, TRUSTEES OF THE SACRAMENTO VALLEY ELECTRICAL WORKERS PENSION TRUST AND A.C. STEELMAN, FRAN MCDERMOTT, JACK BAKER, STEPHEN STINSON, JEFF STORY, KEVIN GINI, TRUSTEES OF THE SACRAMENTO AREA ELECTRICAL WORKERS PENSION TRUST,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUDENTIAL FINANCIAL, INC.,<br><br>　　　　Defendants. | CASE NO.: 2:06-CV-02746-LKK-GGH<br><br>**STIPULATION OF COUNSEL REGARDING DEADLINES FOR DEFENDANTS' ANSWER AND LIKELY COUNTERCLAIMS AND PLAINTIFFS' RESPONSE TO COUNTERCLAIMS; ORDER THEREON**<br><br><br><br>First Amended Complaint:　12/18/06<br>Second Amended Complaint: 4/5/07<br>Third Amended Complaint:　8/2/07 |

g:\docs\kar\dkar1\consent\20 stip re answer and motion to dismiss.doc

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

STIPULATION OF COUNSEL REGARDING NEAR-TERM DEADLINES;
[PROPOSED] ORDER THEREON

TO THE HONORABLE LAWRENCE K. KARLTON AND HIS COURT CLERK:

On November 16, 2007, this Court issued an Order granting in part and denying in part Defendants The Prudential Insurance Company of America and Prudential Financial, Inc.'s ("Defendants") motion to dismiss the Third Amended Complaint of Plaintiffs A.C. Steelman, Fran McDermott, Jack Baker, Kevin Gini, Greg Bain, Winfred Bunch, Stephen Stinson, Jeff Story, Trustees of the Sacramento Valley Electrical Workers Pension Trust and A.C. Steelman, Fran McDermott, Jack Baker, Stephen Stinson, Jeff Story, Kevin Gini, Trustees of the Sacramento Area Electrical Workers Pension Trust ("Plaintiffs").  Last week, counsel for the parties discussed a timetable for Defendants' answer (which will most likely include counterclaims) and for Plaintiff's response to those counterclaims.  Because of the calendars of the counsel (including, but not limited to, court appearances and previously scheduled vacations), the parties hereby stipulate and respectfully request that the near-term filing/service deadlines be set as follows:

| | |
|---|---|
| Defendants' answer to Third Amended Complaint | December 21, 2007 |
| Plaintiffs' response to counterclaims | January 31, 2008 |

The parties also agree that should Plaintiffs file a motion to dismiss Defendants' counterclaims, the hearing shall take place no earlier than March 17, 2008, with the briefing schedule expanded to two-week intervals (*i.e.*, reply brief due March 3, 2008, and opposition due February 18, 2008).

By stipulating to this extension, Plaintiffs are not waiving any right to assert that Defendants' counterclaims should have been filed and served prior to December 4, 2007, the date Defendants' Answer is otherwise due.  Further, the parties to this

- 1 -

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

STIPULATION OF COUNSEL REGARDING NEAR-TERM DEADLINES;
[PROPOSED] ORDER THEREON

stipulation are not waiving any other rights, claims, actions or defenses that existed prior to this Stipulation.

Good cause exists for this Stipulation because of scheduling conflicts involving other cases, as well as previously scheduled vacations of counsel for the parties, and because this proposed schedule will allow counsel ample time to analyze and brief the relevant issues.

DATED:  November 27, 2007                   LIPTON AND HALLBAUER, APLC


By: /S/ Mark H. Lipton
MARK H. LIPTON
Attorneys for Plaintiffs
A.C. Steelman, Fran McDermott, Jack Baker, Kevin Gini, Greg Bain, Winfred Bunch, Stephen Stinson, Jeff Story, Trustees of the Sacramento Valley Electrical Workers Pension Trust and A.C. Steelman, Fran McDermott, Jack Baker, Stephen Stinson, Jeff Story, Kevin Gini, Trustees of the Sacramento Area Electrical Workers Pension Trust


DATED:  November 27, 2007                   BARGER & WOLEN LLP


By: /S/ Robert K. Renner
ROBERT K. RENNER
SCOTT E. CALVERT
Attorneys for Defendants
The Prudential Insurance Company of America and Prudential Financial, Inc.

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 2 -
STIPULATION OF COUNSEL REGARDING NEAR-TERM DEADLINES;
[PROPOSED] ORDER THEREON

# ORDER

The Stipulation of Plaintiffs A.C. Steelman, Fran McDermott, Jack Baker, Kevin Gini, Greg Bain, Winfred Bunch, Stephen Stinson, Jeff Story, Trustees of the Sacramento Valley Electrical Workers Pension Trust and A.C. Steelman, Fran McDermott, Jack Baker, Stephen Stinson, Jeff Story, Kevin Gini, Trustees of the Sacramento Area Electrical Workers Pension Trust ("Plaintiffs") and Defendants The Prudential Insurance Company of America and Prudential Financial, Inc. ("Defendants") to briefly extend Defendants' deadline to file their answer (and any counterclaims), to extend Plaintiffs' deadlines to file a responsive pleading to those counterclaims and to establish a briefing schedule and hearing date for any motion to dismiss that Plaintiffs might file was considered by the Honorable Lawrence K. Karlton.  After considering the Stipulation, and for good cause appearing, the following filing/service deadlines are set:

| | |
|---|---|
| Defendants' answer to Third Amended Complaint | December 21, 2007 |
| Plaintiffs' response to counterclaims | January 31, 2008 |

Should Plaintiffs file a motion to dismiss Defendants' counterclaims, the hearing shall take place no earlier than March 17, 2008, with the briefing schedule expanded to two-week intervals (*i.e.*, reply brief due March 3, 2008, and opposition due February 18, 2008).

**IT IS SO ORDERED.**

DATED: November 29, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 3 -
STIPULATION OF COUNSEL REGARDING NEAR-TERM DEADLINES;
[PROPOSED] ORDER THEREON