Robert K. Renner (155283), rrenner@barwol.com
Scott E. Calvert (210787), scalvert@barwol.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Defendants
The Prudential Insurance Company of America
and Prudential Financial, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C. STEELMAN, FRAN MCDERMOTT, JACK BAKER, KEVIN GINI, GREG BAIN, WINFRED BUNCH, STEPHEN STINSON, JEFF STORY, TRUSTEES OF THE SACRAMENTO VALLEY ELECTRICAL WORKERS PENSION TRUST AND A.C. STEELMAN, FRAN MCDERMOTT, JACK BAKER, KEVIN GINI, STEPHEN STINSON, JEFF STORY, TRUSTEES OF THE SACRAMENTO AREA ELECTRICAL WORKERS' PENSION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUDENTIAL FINANCIAL, INC.,<br><br>Defendants. | CASE NO.: 2:06-CV-02746-LKK-GGH<br><br>**STIPULATION OF COUNSEL TO CONTINUE THE MOTION HEARING CUT-OFF DATE TO OCTOBER 20, 2008; ORDER THEREON**<br><br><br><br>Third Amended Complaint: 8/2/07 |

g:\docs\orders for docketing\lkk\04 stip re motion hearing cut-off date.doc

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

STIPULATION OF COUNSEL TO CONTINUE THE MOTION HEARING CUT-OFF DATE TO OCTOBER 20, 2008; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

TO THE HONORABLE LAWRENCE K. KARLTON AND HIS COURT CLERK:

On May 29, 2008, after reviewing the parties' respective Status Reports and conducting the May 27, 2008 Status Conference ("Status Conference") in chambers, this Court issued an Order setting the case management dates. Among the case management dates set was a September 12, 2008 motion *completion* date. The parties had previously agreed, as set forth in Defendants' Status Conference Report, that September 22, 2008 would be the motion *filing* date. During the Status Conference, the Court confirmed this date.

Accordingly, the parties hereby stipulate and respectfully request that the motion completion date of September 12, 2008 (the date by which motions must be heard or completed) be continued to October 20, 2008.

Good cause exists for this Stipulation because this proposed schedule will allow the parties ample time complete discovery and to analyze and brief the relevant issues.

DATED: June 30, 2008                    LIPTON AND HALLBAUER, APLC


                                        By: /S/ Mark H. Lipton
                                            MARK H. LIPTON
                                            Attorneys for Plaintiffs
                                            A.C. Steelman, Fran McDermott,
                                            Trustees of the Sacramento Area
                                            Electrical Workers Pension Trust
                                            Fund, as successor and on behalf of
                                            Sacramento Valley Electrical
                                            Workers' Pension Trust

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 1 -
STIPULATION OF COUNSEL TO CONTINUE THE MOTION HEARING CUT-OFF DATE TO OCTOBER 20, 2008; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: June 30, 2008 | BARGER & WOLEN LLP |

By: /S/ Robert K. Renner
ROBERT K. RENNER
SCOTT E. CALVERT
Attorneys for Defendants
The Prudential Insurance Company
of America and Prudential
Financial, Inc.

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 2 -
STIPULATION OF COUNSEL TO CONTINUE THE MOTION HEARING CUT-OFF DATE TO
OCTOBER 20, 2008; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

The Stipulation of Plaintiffs A.C. Steelman, Fran McDermott, Trustees of the Sacramento Area Electrical Workers Pension Trust Fund, as successor and on behalf of Sacramento Valley Electrical Workers' Pension Trust and Defendants The Prudential Insurance Company of America and Prudential Financial, Inc. ("Defendants") to continue the Motion Completion Date from September 12, 2008 to October 20, 2008, was considered by the Honorable Lawrence K. Karlton. After considering the Stipulation, and for good cause appearing, the following deadline is set:

Motion Completion Date:                    October 20, 2008

**IT IS SO ORDERED.**

DATED: July 1, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 3 -
STIPULATION OF COUNSEL TO CONTINUE THE MOTION HEARING CUT-OFF DATE TO OCTOBER 20, 2008; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

# **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612; Facsimile No.: (949) 752-6313.

I hereby certify that on **June 30, 2008**, I served the foregoing document described as **STIPULATION OF COUNSEL TO CONTINUE THE MOTION HEARING CUT-OFF DATE TO OCTOBER 20, 2008; [PROPOSED] ORDER THEREON** on the interested parties follows:

Mark H. Lipton, Esq.　　　　　　　　Attorneys for Plaintiffs
Neyhart, Anderson, Flynn & Grosboll
1380 Lead Hill Blvd. Suite 106
Roseville, California 95661
Tel: (916) 652-2221
Fax: (916) 652-1211
Email: liptonapc@aol.com

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by ☐ **U.S POSTAL SERVICE** ☐ **OVERNIGHT DELIVERY**.

☐ **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the interested parties' electronic notification address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ **FACSIMILE TRANSMISSION:** Based on ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine to the interested parties' facsimile number(s) of record before close of business. The transmission was reported as complete, without error.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed at Irvine, California on **June 30, 2008**.

NAME: Derek Sutter　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　(Signature)

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 4 -

STIPULATION OF COUNSEL TO CONTINUE THE MOTION HEARING CUT-OFF DATE TO OCTOBER 20, 2008; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com