Robert K. Renner (155283), rrenner@barwol.com
Scott E. Calvert (210787), scalvert@barwol.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Defendants
The Prudential Insurance Company of America
and Prudential Financial, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C. STEELMAN, FRAN MCDERMOTT, JACK BAKER, KEVIN GINI, GREG BAIN, WINFRED BUNCH, STEPHEN STINSON, JEFF STORY, TRUSTEES OF THE SACRAMENTO VALLEY ELECTRICAL WORKERS PENSION TRUST AND A.C. STEELMAN, FRAN MCDERMOTT, JACK BAKER, KEVIN GINI, STEPHEN STINSON, JEFF STORY, TRUSTEES OF THE SACRAMENTO AREA ELECTRICAL WORKERS' PENSION TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUDENTIAL FINANCIAL, INC., <br><br> Defendants. | CASE NO.: 2:06-CV-02746-LKK-GGH <br><br> **STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; ORDER THEREON** <br><br><br><br><br><br><br><br><br><br><br><br> Third Amended Complaint: 8/2/07 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

g:\docs\orders for docketing\lkk\06 stipulation for dismissal.doc

STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

TO THE HONORABLE LAWRENCE K. KARLTON AND HIS COURT CLERK:

The parties hereto – Plaintiffs A.C. Steelman, Fran McDermott, Jack Baker, Kevin Gini, Greg Bain, Winfred Bunch, Stephen Stinson and Jeff Story, trustees of the Sacramento Valley Electrical Workers Pension Trust (the "Valley Trust" and the "Valley Trustees"), and A.C. Steelman, Fran McDermott, Jack Baker, Kevin Gini, Stephen Stinson and Jeff Story, trustees of the Sacramento Area Electrical Workers Pension Trust (the "Area Trust" and the "Area Trustees") (collectively, "Plaintiffs") and Defendants The Prudential Insurance Company of America ("PICA") and Prudential Financial, Inc. (collectively, "Defendants") – by and through their respective counsel of record hereby stipulate with reference to the following recitals:

WHEREAS, in 1982, the then trustees of the Valley Trust entered into an agreement with PICA that consisted of two annuities[1] and a service agreement   in order to provide continuing benefits for the participants in the recently terminated Valley Plan; and

WHEREAS, in 2001, PICA demutualized pursuant to a demutualization plan (the "Plan") that, in accordance with New Jersey law, was approved by PICA's policyholders and the New Jersey regulators; and

WHEREAS, beginning in November 2006, Plaintiffs filed a series of complaints in the United States District Court for the Eastern District of California (the "Complaints") wherein they claimed that either the Valley Trust or the Area Trust was entitled to a distribution of demutualization

---

[1] Group Pension Funding Agreement No. 8811 and Group Annuity Contract No. 8812 (together, the "Annuities").

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 1 -
STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

consideration and other damages from Defendants in connection with the Annuities (the "Complaints"); and

WHEREAS, Defendants refused to distribute the demutualization consideration to Plaintiffs because they asserted that such a distribution would be in violation of the express provisions of the Plan, but instead escheated demutualization consideration due in connection with the Annuities to the California Controller; and

WHEREAS, Plaintiffs claimed in the Complaints that Defendants had violated various provisions of the Employee Retirement Income Security Act of 1974 and state laws – including the California Unclaimed Property Law – because of their refusal to distribute demutualization consideration to Plaintiffs and because, *inter alia*, Plaintiffs alleged that the escheatment was not for the correct amount of consideration and was improperly delayed; and

WHEREAS, Defendants have asserted that the amount escheated to the California Controller was all that was due in connection with the Annuities under the Plan, and that the funds were escheated in a timely fashion; and

WHEREAS, Plaintiffs have now recovered the funds escheated to the California Controller and wish to distribute such funds to participants in the Valley Plan (retired and eligible annuitants under Group Funding Agreement No. 8811 and Group Annuity Contract No. 8812), and desire that Defendants provide them with information that Defendants may have in their possession about the current status and addresses of such participants.

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 2 -
STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

1  NOW THEREFORE, Plaintiffs and Defendants stipulate that the above-
2  referenced action be, and is hereby, dismissed with prejudice pursuant to Federal
3  Rule of Civil Procedure 41(a)(1).  The parties further stipulate that each party shall
4  bear his or its own costs, including attorneys' fees.

DATED: August 26, 2008       NEYHART, ANDERSON, FLYNN & GROSBOLL


By:  /S/ *Mark H. Lipton*
     MARK H. LIPTON
     Attorneys for Plaintiffs
     A.C. Steelman, Fran McDermott, Jack Baker, Kevin Gini, Greg Bain, Winfred Bunch, Stephen Stinson and Jeff Story, trustees of the Sacramento Valley Electrical Workers Pension Trust, and A.C. Steelman, Fran McDermott, Jack Baker, Kevin Gini, Stephen Stinson and Jeff Story, trustees of the Sacramento Area Electrical Workers Pension Trust

DATED: August 26, 2008       BARGER & WOLEN LLP


By:  /S/ *Robert K. Renner*
     ROBERT K. RENNER
     SCOTT E. CALVERT
     Attorneys for Defendants
     The Prudential Insurance Company of America and Prudential Financial, Inc.

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 3 -
STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice:

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: August 27, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 4 -
STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612; Facsimile No.: (949) 752-6313.

I hereby certify that on **August ___, 2008**, I served the foregoing document described as **STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON** on the interested parties follows:

Mark H. Lipton, Esq.                Attorneys for Plaintiffs
Neyhart, Anderson, Flynn & Grosboll
1380 Lead Hill Blvd. Suite 106
Roseville, California 95661
Tel: (916) 652-2221
Fax: (916) 652-1211
Email: liptonapc@aol.com

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the parties listed above and caused such envelope(s) to be delivered by ☐ **U.S POSTAL SERVICE** ☐ **OVERNIGHT DELIVERY**.

☐ **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the interested parties' electronic notification address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ **FACSIMILE TRANSMISSION:** Based on ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine to the interested parties' facsimile number(s) of record before close of business. The transmission was reported as complete, without error.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed at Irvine, California on **August ___, 2008**.

NAME: Derek Sutter                    _____
                                               (Signature)

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 5 -
STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com