Robert K. Renner (155283), rrenner@bargerwolen.com
Scott E. Calvert (210787), scalvert@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Defendants
The Prudential Insurance Company of America
and Prudential Financial, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.C. STEELMAN, FRAN MCDERMOTT, JACK BAKER, KEVIN GINI, GREG BAIN, WINFRED BUNCH, STEPHEN STINSON, JEFF STORY, TRUSTEES OF THE SACRAMENTO VALLEY ELECTRICAL WORKERS PENSION TRUST AND A.C. STEELMAN, FRAN MCDERMOTT, JACK BAKER, KEVIN GINI, STEPHEN STINSON, JEFF STORY, TRUSTEES OF THE SACRAMENTO AREA ELECTRICAL WORKERS' PENSION TRUST,<br><br>          Plaintiffs,<br><br>     vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, PRUDENTIAL FINANCIAL, INC.,<br><br>          Defendants. | CASE NO.: 2:06-CV-02746-LKK-GGH<br><br>**STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; ORDER THEREON**<br><br><br><br><br><br><br><br><br><br><br><br><br>Third Amended Complaint: 8/2/07 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

g:\docs\orders for docketing\lkk\06 stipulation for dismissal (execution copy).doc

STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

TO THE HONORABLE LAWRENCE K. KARLTON AND HIS COURT CLERK:

The parties hereto – Plaintiffs A.C. Steelman, Fran McDermott, Jack Baker, Kevin Gini, Greg Bain, Winfred Bunch, Stephen Stinson and Jeff Story, trustees of the Sacramento Valley Electrical Workers Pension Trust (the "Valley Trust"), and A.C. Steelman, Fran McDermott, Jack Baker, Kevin Gini, Stephen Stinson and Jeff Story, trustees of the Sacramento Area Electrical Workers Pension Trust (the "Area Trust") (collectively, "Plaintiffs") and Defendants The Prudential Insurance Company of America ("PICA") and Prudential Financial, Inc. (collectively, "Defendants") – by and through their respective counsel of record hereby stipulate with reference to the following recitals:

WHEREAS, in 1982, the then trustees of the Valley Trust entered into an agreement with PICA that consisted of two annuities[1] and a service agreement in order to provide continuing benefits for the participants in the recently terminated Sacramento Valley Electrical Workers Pension Plan (the "Valley Plan"); and

WHEREAS, in 2001, PICA demutualized pursuant to a demutualization plan (the "Demutualization Plan") that, in accordance with New Jersey law, was approved by PICA's policyholders and the New Jersey regulators; and

WHEREAS, beginning in November 2006, Plaintiffs – who purport to be trustees of the Valley Trust and/or the Area Trust, and some of whom purport to be participants in the Valley Plan – filed a series of complaints in the United States District Court for the Eastern District of California (the

---

[1]   Group Pension Funding Agreement No. 8811 and Group Annuity Contract No. 8812 (together, the "Annuities").

STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

PDF created with pdfFactory trial version www.pdffactory.com

1  "Complaints") wherein they claimed that either the Valley Trust or the Area

2  Trust was entitled to a distribution of demutualization consideration and related

3  damages from Defendants in connection with the Annuities; and

4

5      WHEREAS, Defendants refused to distribute the demutualization

6  consideration to Plaintiffs because they asserted that such a distribution would

7  be in violation of the express provisions of the Demutualization Plan, but

8  instead escheated demutualization consideration due in connection with the

9  Annuities to the California Controller; and

10

11     WHEREAS, Plaintiffs claimed in the Complaints that Defendants had

12  violated various provisions of the Employee Retirement Income Security Act

13  of 1974 and state laws – including the California Unclaimed Property Law –

14  because of their refusal to distribute demutualization consideration to Plaintiffs

15  and because, *inter alia*, Plaintiffs alleged that the escheatment was improper;

16  and

17

18     WHEREAS, Defendants have asserted, *inter alia*, that the escheatment

19  to the California Controller was proper in all respects; and

20

21     WHEREAS, Plaintiffs, purportedly acting as ERISA fiduciaries, have now

22  recovered the funds escheated to the California Controller and desiring to fulfill their

23  fiduciary obligations wish to distribute such funds to participants in the Valley Plan

24  (retired and eligible annuitants under Group Funding Agreement No. 8811 and Group

25  Annuity Contract No. 8812), and desire that Defendants provide them with

26  information that Defendants may have in their possession about the current status and

27  addresses of such participants.

28

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 2 -
STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

1    NOW THEREFORE, Plaintiffs and Defendants stipulate that the above-

2   referenced action be, and is hereby, dismissed with prejudice pursuant to Federal

3   Rule of Civil Procedure 41(a)(1).  The parties further stipulate that each party shall

4   bear his or its own costs, including attorneys' fees.

5

6   DATED:  August 26, 2008         NEYHART, ANDERSON, FLYNN &
                                    GROSBOLL
7

8                                   By:   /S/ *Mark H. Lipton*
9                                         MARK H. LIPTON
                                          Attorneys for Plaintiffs
10                                        A.C. Steelman, Fran McDermott, Jack
                                          Baker, Kevin Gini, Greg Bain, Winfred
11                                        Bunch, Stephen Stinson and Jeff Story,
                                          trustees of the Sacramento Valley
12                                        Electrical Workers Pension Trust, and
                                          A.C. Steelman, Fran McDermott, Jack
13                                        Baker, Kevin Gini, Stephen Stinson
                                          and Jeff Story, trustees of the
14                                        Sacramento Area Electrical Workers
                                          Pension Trust
15

16   DATED:  August 26, 2008        BARGER & WOLEN LLP

17

18                                  By:   /S/ *Robert K. Renner*
19                                        ROBERT K. RENNER
                                          SCOTT E. CALVERT
20                                        Attorneys for Defendants
                                          The Prudential Insurance Company of
21                                        America and Prudential Financial, Inc.

22

23

24

25

26

27

28

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800
STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice:

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED:  August 29, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE; [PROPOSED] ORDER THEREON

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

PDF created with pdfFactory trial version www.pdffactory.com

1  **CERTIFICATE OF SERVICE**

2  STATE OF CALIFORNIA, COUNTY OF ORANGE

3     I am employed in the County of Orange, State of California.  I am over the age
of 18 and not a party to the within action; my business address is 19800 MacArthur
4  Blvd., Suite 800, Irvine, CA  92612; Facsimile No.: (949) 752-6313.

5     I hereby certify that on **August 26, 2008**, I served the foregoing document
described as **STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE;**
6  **[PROPOSED] ORDER THEREON** on the interested parties follows:

7

8   Mark H. Lipton, Esq.      Attorneys for Plaintiffs
 Neyhart, Anderson, Flynn & Grosboll
 1380 Lead Hill Blvd. Suite 106
9   Roseville, California  95661
 Tel:  (916) 652-2221
10   Fax:  (916) 652-1211
 Email:  liptonapc@aol.com

11

☒   **ELECTRONICALLY:** I caused a true and correct copy thereof to be
12  electronically filed using the Court's Electronic Court Filing ("ECF") System and
service was completed by electronic means by transmittal of a Notice of Electronic
13  Filing on the registered participants of the ECF System.  I served those parties who
are not registered participants of the ECF System as indicated below.

14  ☐   I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s)
 to the parties listed above and caused such envelope(s) to be delivered by
15   ☐  **U.S POSTAL SERVICE**  ☐  **OVERNIGHT DELIVERY**.

16  ☐   **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the
interested parties' electronic notification address(es) of record before close of
17  business for the purpose of effecting service and the transmission was reported as
complete and without error.

18  ☐   **FACSIMILE TRANSMISSION:** Based on ☐ court order ☐ agreement of
the parties, I caused a true copy thereof to be served by transmitting via facsimile
19  machine to the interested parties' facsimile number(s) of record before close of
business.  The transmission was reported as complete, without error.

20

21     I am employed in the office of a member of the bar of this court at whose
direction the service was made.  I declare under penalty of perjury under the laws of
22  the United States of America that the above is true and correct.  Executed at Irvine,
California on **August 26, 2008**.

23

24   NAME:  Lizette C. Acoba  _____
           (Signature)
25

26

27

28

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

- 5 -

PDF created with pdfFactory trial version www.pdffactory.com